IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff – Appellee, | ) | |
| | ) | |
| v. | ) | CASE NO. 13-4538 |
| | ) | |
| HEATHER DEYOUNG, | ) | (7:12-cr-00475-GRA-2) |
| | ) | |
| Defendant – Appellant. | ) | |

MOTION FOR EXTENSION OF TIME

Now comes the Appellant Heather DeYoung, by and through her attorney, and with the consent of the Appellee, represented by Assistant United States Attorney William J. Watkins, Jr., makes the following Motion for an Extension of Time, pursuant to Local Rule 4(a)(5):

1. The Appellant filed her Opening Brief on January 21, 2014, and the Government timely filed a Response on February 4, 2014.  The current briefing schedule dictates that Appellant's Reply brief is due on February 14, 201.

2. Due to other professional responsibilities and severe inclement weather limiting her time, and the need for additional research regarding the substance of her Reply brief, counsel for Appellant recognizes that an extension of time will be needed to complete the Reply.

Now, therefore, the Appellant moves that this Honorable Court grant her motion and permit the Appeal process to continue forward with a modified schedule, pursuant to an Order allowing Appellant an additional ten (10) days for filing of her Reply brief.

                Respectfully submitted,

.                /s/ *Jill E.M. HaLevi*
                Jill E.M. HaLevi
                Attorney for Defendant-Appellant DeYoung
                102 Broad Street, Suite C
                Charleston, SC  29401
                Attorney ID # 8039

Dated: February 13, 2014

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2014, a copy of the foregoing Motion for Extension of Time has been served upon Counsel for the Appellee via the Court's ECF System:

    William J. Watkins, Jr., Assistant U.S. Attorney
    *Counsel for Appellee*

    /s/ Jill E.M. HaLevi
    *Counsel for Appellant*